(September 28, 1938.)

DeWitt C. Northrup, Respondent, v. Walter E. Rasey, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of E. T. C. Corp. v. Title Guarantee & Trust Co. (271 N. Y. 124) and Sturtz v. Title Guarantee & Trust Co. (254 App. Div. 573). All concur. (The order grants plaintiff's motion to strike a case from the Trial Term Calendar and to place it upon the Equity Term Calendar.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

Clarence M. Liechty, Respondent, v. R. W. Taft, Appellant.— Order reversed on the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Memorandum: Plaintiff sues for services performed and materials furnished in the construction, for defendant, of a house in Broome county. The contract was made and all the transactions between the parties took place in Broome county. Plaintiff and his material witnesses, consisting of his wife, a relative in his employ and two expert witnesses, reside in Oneida county where this action was commenced. Defendant's material witnesses, consisting of his wife, two clerks in his employ and three carpenters, two of whom have examined the house and submitted bids for its completion, all reside in Broome county. Under such circumstances, the action should be tried in Broome county. All concur. (The order denies defendant's motion for change of venue.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

Robert T. Guile, Appellant, v. Irene Gallicier, Respondent.— Order affirmed, with ten dollars costs and disbursements. Memorandum: The greater number of material witnesses, particularly as to the accident itself, reside in Jefferson county, and the accident occurred there. For this reason we think the discretion of the court was properly exercised. All concur. (The order grants defendant's motion for change of venue.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

Mary L. Guile, Appellant, v. Irene Gallicier, Respondent.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

City of Buffalo, Respondent, v. Edmund P. Cottle and Another, as Executors, etc., of Octavius O. Cottle, and Others, Appellants.— Motion for a reargument denied, with ten dollars costs, on the ground that all the matters referred to have been decided by this court, and secondly, that the application is not made in time. (Civ. Prac. Act, § 589, subd. 1.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

Franklin G. Slagel, Appellant, v. Harry E. Huff, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Petition of Wyatt D. Shultz and Another, as Coexecutors, etc., of Albert B. Shultz, Deceased, Appellants, for the Removal of M. & T. Trust Co. as Their Coexecutor and Testamentary Cotrustee, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ. [See 254 App. Div. 928. See, also, 254 id. 228; Id. 935.]